**Date Signed:**
**December 6, 2024**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

*Debtor(s):* **RONNIE LOUIS MARVEL KAHAPEA**　　　Chapter 13　　Case No. **24-01025**

## ORDER DISMISSING CASE WITH 180-DAY BAR TO REFILING
## FOR FAILURE TO FILE REQUIRED DOCUMENTS

The debtor has violated an order to file certain documents required under the Bankruptcy Code by not filing the item(s) checked below.

☒ Statement of Current Monthly Income　　☐ Chapter 7 Statement of Intention
☒ One or more of Schedules A - J　　　　　☒ Statement of Financial Affairs
☐ Certificate of Credit Counseling　　　　　☒ Chapter 13 Plan
☐ Other:

For willful failure to comply with a court order, this case is DISMISSED under 11 U.S.C. § 109(g)(1). The debtor(s) may not file , and the clerk may reject for filing, a petition to commence a subsequent case in the name of the debtor(s) for 180 days after the date of entry of this order. If a petition is accepted for filing in violation of this order, the case shall be dismissed as soon as practicable without further notice and any stay imposed under the Bankruptcy Code may be annulled without notice as of the date of filing of the petition.

Any stay imposed under 11 U.S.C. § 362, 1201, or 1301 in this case is VACATED.

### END OF ORDER