H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1: **Ronnie Louis Marvel Kahapea** (Name) | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Debtor 2 (Spouse, if filing): (Name) | Case number: **24–01025**<br>Chapter: **13** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Dismissing Case with 180–Day Bar to Refiling for Failure to File Required Documents. Date of Entry: 12/6/2024. (BA)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: December 6, 2024

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk