Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

                Debtor.

Case No.: 24-01025
Chapter 13

**NOTICE OF MOTIONS FOR DISCOVERY AND RELATED LEGAL TOOLS**

Dated: 12/8/2024

      **COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, filing this notice of Motions to require the creditors, parties in this case to meet all statutory, contractual, and regulatory obligations in proving their claim against me.

      The following motions are tailored to ensure full compliance with my rights to due process and fair examination of the purported claims by the creditors. Each motion is designed to compel the production of specific documents and evidence that substantiate or disprove the creditor's claims, ensuring transparency and adherence to statutory and case law requirements. These motions are:

### 1. Motion to Compel Production of Proof of Claim Documentation

    Pursuant to Rule 3001(c) of the Federal Rules of Bankruptcy Procedure, the Debtor moves the Court to compel the creditor to produce:

PG. 1

- The original promissory note bearing the Debtor's wet-ink signature, as required by HRS § 490:3-501.
- IRS Forms 1099-A and 1099-C reflecting the creditor's reporting of taxable events tied to the claim.
- A sworn affidavit verifying the authenticity and validity of the creditor's claim.

## 2. Motion for Production of Call Reports and Financial Records

Pursuant to 12 U.S.C. § 1817(a)(1), the Debtor moves the Court to compel the creditor to produce federally mandated call reports, including:
- RC-Balance Sheet, RC-E—Deposit Liabilities, RC-C—Loans and Leases, RC-L—Derivatives and Off-Balance Sheet Items, and RC-S—Servicing, Securitization, and Asset Sales Activities.
- Double-entry bookkeeping ledgers showing disbursement of funds and corresponding liabilities.
- FASB-compliant financial statements, including compliance with Statement No. 95 on cash flow classification.

## 3. Motion to Compel Securitization Documentation

The Debtor moves the Court to compel the creditor to produce all documentation related to the securitization of the loan, including:
- The Pooling and Servicing Agreement (PSA) demonstrating compliance with transfer rules.
- The chain of title, including endorsements, assignments, and sales of the loan.
- IRS Form 1066 filings and any tax-related documentation showing gains or proceeds from securitization.

## 4. Motion for Tax Reporting and Capital Gains Disclosure

The Debtor moves the Court to compel the creditor to produce tax filings and records related to the purported claim, specifically:
- IRS Form 1120 or equivalent showing the creditor's income and capital gains from the loan transaction.
- Proof of compliance with REMIC regulations if applicable.
- Evidence of capital gains resulting from resale or securitization of the loan.

## 5. Motion to Verify Compliance with Accord and Satisfaction Under HRS § 490:3-311

The Debtor moves the Court to compel the creditor to produce documentation verifying compliance with HRS § 490:3-311, specifically:
- Records of any payments made by the Debtor that would discharge the obligation.

PG. 2

U.S. Bankruptcy Court - Hawaii  #24-01025  Dkt # 16  Filed  12/11/24  Page 2 of 10

- Proof that the creditor preserved their rights of recourse.
- Evidence disproving the Debtor's assertion of accord and satisfaction.

## 6. Motion for Examination of Taxable Termination Event

The Debtor moves the Court to compel the creditor to provide evidence that no taxable termination has occurred, specifically:

 - IRS filings showing compliance with tax obligations related to the loan.
 - Documentation of proceeds from foreclosure, repossession, or other enforcement actions.
 - Verification of any gains realized from the enforcement of the purported debt.

### Conclusion

The absence of the **original mortgage deed** and **original promissory note** undermines the creditor's standing and the validity of their claim. By insisting on the originals or proper substitutes under law, I challenge the claim and potentially invalidate or reduce their ability to collect or foreclose, if in bad faith. Courts typically require strict proof of ownership to protect debtors from fraudulent or improper claims, and the Debtor hopes for an equitable trustee administration of this trust, tax, contract, and commercial law matter.

Dated: 12/8/2024

_____
Ronnie Louis Marvel Kahapea Sui Juris    H.R.S. §490:1-308

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

Debtor.

Case No.: 24-01025
Chapter 13

**MOTION FOR TAX REPORTING AND CAPITAL GAINS DISCLOSURE**

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, The Debtor moves the Court to compel the creditor to produce tax filings and records related to the purported claim, specifically:

- IRS Form 1120 or equivalent showing the creditor's income and capital gains from the loan transaction.

- Proof of compliance with REMIC regulations if applicable.

- Evidence of capital gains resulting from resale or securitization of the loan.

Dated: 12/8/2024

Ronnie Louis Marvel Kahapea Sui Juris    H.R.S. §490:1-308

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

Debtor.

Case No.: 24-01025
Chapter 13

**MOTION TO VERIFY COMPLIANCE WITH ACCORD AND SATISFACTION UNDER HRS § 490:3-311**

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, The Debtor moves the Court to compel the creditor to produce documentation verifying compliance with HRS § 490:3-311, specifically:

- Records of any payments made by the Debtor that would discharge the obligation.

- Proof that the creditor preserved their rights of recourse.

- Evidence disproving the Debtor's assertion of accord and satisfaction.

Dated: 12/8/2024

_____
Ronnie Louis Marvel Kahapea Sui Juris   H.R.S. §490:1-308

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

Debtor.

Case No.: 24-01025
Chapter 13

**MOTION FOR EXAMINATION OF TAXABLE TERMINATION EVENT**

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, The Debtor moves the Court to compel the creditor to provide evidence that no taxable termination has occurred, specifically:

- IRS filings showing compliance with tax obligations related to the loan.

- Documentation of proceeds from foreclosure, repossession, or other enforcement actions.

- Verification of any gains realized from the enforcement of the purported debt.

Dated: 12/8/2024

_____
Ronnie Louis Marvel Kahapea Sui Juris   H.R.S. §490:1-308

PG. 1

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

Debtor.

Case No.: 24-01025
Chapter 13

**MOTION TO COMPEL PRODUCTION OF PROOF OF CLAIM DOCUMENTATION**

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, pursuant to Rule 3001(c) of the Federal Rules of Bankruptcy Procedure, the Debtor moves the Court to compel the creditor to produce:

- The original promissory note bearing the Debtor's wet-ink signature, as required by HRS § 490:3-501.

- IRS Forms 1099-A and 1099-C reflecting the creditor's reporting of taxable events tied to the claim.

- A sworn affidavit verifying the authenticity and validity of the creditor's claim.

Dated: 12/8/2024

*/s/ Ronnie Louis Marvel Kahapea*
Ronnie Louis Marvel Kahapea Sui Juris    H.R.S. §490:1-308

PG. 1

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

IN RE:
RONNIE LOUIS MARVEL KAHAPEA,

Debtor.

Case No.: 24-01025
Chapter 13

**MOTION FOR PRODUCTION OF CALL REPORTS AND FINANCIAL RECORDS**

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, Pursuant to 12 U.S.C. § 1817(a)(1), the Debtor moves the Court to compel the creditor to produce federally mandated call reports, including:

- RC-Balance Sheet, RC-E—Deposit Liabilities, RC-C—Loans and Leases, RC-L—Derivatives and Off-Balance Sheet Items, and RC-S—Servicing, Securitization, and Asset Sales Activities.

- Double-entry bookkeeping ledgers showing disbursement of funds and corresponding liabilities.

- FASB-compliant financial statements, including compliance with Statement No. 95 on cash flow classification.

Dated: 12/8/2024

_____
Ronnie Louis Marvel Kahapea Sui Juris     H.R.S. §490:1-308

Ronnie Louis Marvel Kahapea
c/o P.O. Box 875
Volcano, Hawaii 96785
808.936.9137
Bloodwolf80@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>RONNIE LOUIS MARVEL KAHAPEA,<br><br>Debtor. | Case No.: 24-01025<br>Chapter 13<br><br>**MOTION TO COMPEL SECURITIZATION DOCUMENTATION** |

Dated: 12/8/2024

**COMES NOW**, RONNIE LOUIS MARVEL KAHAPEA, the debtor in the above-referenced case, moves the Court to compel the Creditor(s) to produce all documentation related to the securitization of the "loan," including:

- The Pooling and Servicing Agreement (PSA) demonstrating compliance with transfer rules.

- The chain of title, including endorsements, assignments, and sales of the loan.

- IRS Form 1066 filings and any tax-related documentation showing gains or proceeds from securitization.

Dated: 12/8/2024

_Ronnie Louis Marvel Kahapea Sui Juris_   H.R.S. §490:1-308

PG. 1