H2083e2 (9/2023)

Nima Ghazvini, Chapter 13 Trustee
1050 Bishop St. #521
Honolulu, HI 96813
Phone: (808) 526-3083
Fax: (808) 531-8844
email: info@hi13trustee.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 BISHOP STREET, SUITE 250
HONOLULU, HI 96813

Debtor(s):
**Loisjean Nicole Dean**

Case No.: **25-00042**
Hearing Date: February 25, 2025
Time: 1:30 pm

# TRUSTEE'S MOTION TO DISMISS CASE; NOTICE OF HEARING

Trustee moves under 11 U.S.C. § 1307(c) for an order dismissing this case for the reason(s) below.

Debtor is not eligible for bankruptcy relief in this case because Debtor did not receive credit counseling during the 180-day period ending on the date of the filing the petition, a violation of 11 USC § 109(h).

If arrearage: Monthly payment amount:_____  Approximate arrearage as of date below:_____

If missing tax returns/refunds: Tax years:_____

## NOTICE OF HEARING

Notice is given that hearing on this matter will be conducted both in the courtroom at the United States Bankruptcy Court at 1132 Bishop Street, Honolulu, Hawaii, and remotely (audio only). Parties may elect to participate remotely: Join the Meeting at Zoomgov.com with computer audio or by phone at (833) 568-8864 (toll-free). Meeting ID: 161 789 3766, Passcode: 1132.

<u>Your rights may be affected.</u> You should consider the motion carefully and discuss it with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to dismiss your case, you or your attorney must attend the hearing. If you do not attend the hearing or file a written opposition, the court may decide that you do not oppose the motion and may enter an order dismissing your case.

## CERTIFICATE OF SERVICE

Trustee certifies that a copy of this motion was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first class mail.

Dated: January 28, 2025                      /s/ *Nima Ghazvini*, Trustee

Debtor(s)                                    Attorney for Debtor(s)

Loisjean Nicole Dean                         PRO SE
10 Town Plaza #336
PO Box 336
Durango, CO 81301

U.S. Bankruptcy Court - Hawaii   #24-01025   Dkt # 28   Filed  01/28/25   Page 1 of 1